UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re JOHN DANIELS,

Petitioner.

Case No. 26-cv-02981-HSG

**ORDER OF DISMISSAL**

On April 7, 2026, the Court docketed a pleading received from Mr. Daniels, wherein he alleged that he was entitled to be released on federal probation.  Dkt. No. 1. Because Plaintiff sought relief from this Court, the Court opened an action pursuant to this filing.  That same day, the Court sent Mr. Daniels deficiency notices, informing him that he had not submitted his action on the proper case-initiating form and that he neither paid the filing fee, nor filed an application for leave to proceed in forma pauperis.  Dkt. Nos. 2, 3.  The Court instructed Mr. Daniels that he should cure these deficiencies by May 5, 2026.  *Id.*  The Court sent Petitioner a blank habeas petition form and a blank in forma pauperis application form.  *Id.*  The deadline has passed, and Petitioner has not filed the required documents or otherwise communicated with the Court. Accordingly, this action is DISMISSED without prejudice for failure to meet these filing requirements.  Judgment is entered against Petitioner.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:  5/15/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge