United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re JOHN DANIELS,

          Petitioner.

Case No.  26-cv-02981-HSG

**JUDGMENT**

The Court has DISMISSED this action without prejudice.  The Clerk shall enter judgment against Petitioner and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:    5/15/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge